## (October 7, 1975)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. TRACY L. NORMAN, Appellant, v WARDEN, NEW YORK CITY PENITENTIARY (ARS), Respondent.—Judgment, Supreme Court, Bronx County, entered on September 13, 1973, unanimously affirmed on the opinion of Justice Joseph P. Sullivan at Trial Term, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Murphy, Lupiano, Capozzoli and Lane, JJ.

■ In the Matter of NEW YORK UNIVERSITY et al., Appellants, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—Judgment, Supreme Court, New York County, entered on May 13, 1975, unanimously affirmed, without costs and without disbursements, on the opinion of Fine, J., at Special Term. No opinion. Concur—Kupferman, J. P., Lupiano, Tilzer, Capozzoli and Lane, JJ. [84 Misc 2d 702.]

■ GEORGE BICHAI, Appellant, v CITY OF NEW YORK et al., Respondents. —Judgment, Supreme Court, New York County, entered on May 31, 1974, unanimously affirmed, without costs and without disbursements, on the opinion of Helman, J., at Special Term. No opinion. Concur—Kupferman, J. P., Lupiano, Tilzer, Capozzoli and Lane, JJ.